IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONYA D. LANGE, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | Case No. 14-CV-00268-JED-TLW |
| ) | |
| JOHN ZINK CO., LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the FED.R.CIV.P. 41(a)(1)(ii), all parties to the above-captioned case hereby stipulate to the dismissal of the case with prejudice to any subsequent refiling, with each and every party to bear her or its own costs and attorneys' fees in connection herewith.

GILPIN LAW OFFICE

*/s Tim Gilpin*
*Filed with permission of counsel*
Tim Gilpin, OBA #11844
1874 South Boulder
Tulsa, OK  74119
(918) 583-8900 telephone
(918) 796-5724 fax
timgilpin@gilpinlaw.net
ATTORNEY FOR PLAINTIFF


DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.

*/s Kristen L. Brightmire*
Kristen L. Brightmire, OBA No. 14239
Rebecca D. Stanglein, OBA No. 22723
Williams Center Tower II
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103
Telephone (918) 582-1211
Facsimile (918) 591-5360
kbrightmire@dsda.com
ATTORNEYS FOR DEFENDANT